IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE MARTIN                                                                                    PLAINTIFF
ADC #106491

V.                                     5:14CV00351 JM/HDY

WILLIAM STRAUGHN *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE